LOCAL 182, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA *v.* NATIONAL LABOR RELATIONS BOARD.

No. 958.   Decided March 10, 1969.

*John T. Buckley* for appellant.

*Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for appellee.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

ABRAMS ET AL. *v.* WIETHE ET AL.

No. 961.   Decided March 10, 1969.

*Charles E. Hamilton* for appellants.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.